| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|  | & DOWD LLP |
| 2 | JASON A. FORGE (181542) |
|  | RACHEL L. JENSEN (211456) |
| 3 | PHONG L. TRAN (204961) |
|  | JENNIFER N. CARINGAL (286197) |
| 4 | 655 West Broadway, Suite 1900 |
|  | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|  | 619/231-7423 (fax) |
| 6 | jforge@rgrdlaw.com |
|  | rjensen@rgrdlaw.com |
| 7 | ptran@rgrdlaw.com |
|  | jcaringal@rgrdlaw.com |
| 8 |      – and – |
|  | PAUL J. GELLER |
| 9 | 120 East Palmetto Park Road, Suite 500 |
|  | Boca Raton, FL  33432 |
| 10 | Telephone:  561/750-3000 |
|  | 561/750-3364 (fax) |
| 11 | pgeller@rgrdlaw.com |
| 12 | Co-Lead Counsel and Counsel for Cyphert Plaintiffs |

DOWD & DOWD P.C.
DOUGLAS P. DOWD
ALEX R. LUMAGHI
211 North Broadway, Suite 4050
St. Louis, MO  63102
Telephone:  314/621-2500
314/621-2503 (fax)
doug@dowdlaw.net
alex@dowdlaw.net

THE DRISCOLL FIRM, P.C.
JOHN J. DRISCOLL
CHRISTOPHER QUINN
GREGORY PALS
211 N. Broadway, Suite 4050
St. Louis, MO  63102
Telephone:  314/932-3232
314/932-3233 (fax)

Co-Lead Counsel and Counsel for Dowd/Driscoll Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MORNING SONG BIRD FOOD LITIGATION | Lead Case No. 3:12-cv-01592-JAH-RBB |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL |
|  | JUDGE:  Hon. John A. Houston |
|  | DATE:   November 24, 2014 |
|  | TIME:   2:30 p.m. |
|  | CTRM:   13B (13th Floor-Annex) |

976521_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on November 24, 2014 at 2:30 p.m., or as soon thereafter as the matter may be heard in Courtroom B, First Floor of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Plaintiffs, by and through their undersigned attorneys, will and hereby do, move this Court for an order granting their motion for class certification, appointing plaintiffs Laura Cyphert, Milton Cyphert, Barbara Cowin, Ellen Larson, and David Kirby as Class Representatives, and appointing Co-Lead Counsel to serve as Class Counsel.

This motion is based on this Notice, the Declarations of Jason A. Forge, Douglas P. Dowd, John J. Driscoll, Laura Cyphert, Milt Cyphert, Barbara Cowin, Ellen Larson, David Kirby and the accompanying Memorandum of Points and Authorities and exhibits thereto.

DATED:  October 20, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
PHONG L. TRAN
JENNIFER N. CARINGAL

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Co-Lead Counsel and Counsel for Cyphert Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | DOWD & DOWD P.C.<br>DOUGLAS P. DOWD |
| 3 | ALEX R. LUMAGHI<br>211 North Broadway, Suite 4050 |
| 4 | St. Louis, MO  63102<br>Telephone:  314/621-2500 |
| 5 | 314/621-2503 (fax) |
| 6 | THE DRISCOLL FIRM, P.C.<br>JOHN J. DRISCOLL |
| 7 | CHRISTOPHER QUINN<br>GREGORY PALS |
| 8 | 211 N. Broadway, Suite 4050<br>St. Louis, MO  63102 |
| 9 | Telephone:  314/932-3232<br>314/932-3233 (fax) |
| 10 | Co-Lead Counsel and Counsel for<br>Dowd/Driscoll Plaintiffs |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 20, 2014.

<pre>
 s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com
</pre>

# Mailing Information for a Case 3:12-cv-01592-JAH-RBB In Re: Morning Song Bird Food Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer N. Caringal**
  jcaringal@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Douglas P. Dowd**
  doug@dowdlaw.net,donna@dowdlaw.net,laura@dowdlaw.net

- **John J. Driscoll , IV**
  john@thedriscollfirm.com,cindi@thedriscollfirm.com,amanda@thedriscollfirm.com

- **Marjorie P. Duffy**
  mpduffy@jonesday.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Allison E. Haedt**
  aehaedt@jonesday.com

- **Jeffrey J. Jones**
  jjjones@jonesday.com

- **Alex R. Lumaghi**
  alex@dowdlaw.net,laura@dowdlaw.net

- **Gregory J. Pals**
  greg@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Christopher J. Quinn**
  chris@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Jeffrey H. Schultz**
  jeff@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Edward P Swan , Jr**
  pswan@jonesday.com,kphewitt@jonesday.com,dpippin@jonesday.com

- **Phong Le Tran**
  Ptran@rgrdlaw.com,junei@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`