Edward Patrick Swan, Jr. (State Bar No. 89429)
Ashley E. Goff (State Bar No. 299737)
pswan@jonesday.com
agoff@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121.3134
Telephone: +1.858.703.3132
Facsimile: +1.844.345.3178

Jeffrey J. Jones (admitted *pro hac vice*)
Marjorie P. Duffy (admitted *pro hac vice*)
Casteel Borsay (admitted *pro hac vice*)
jjjones@jonesday.com
mpduffy@jonesday.com
cborsay@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: +1.614.469.3939
Facsimile: +1.614.461.4198

Attorneys for Defendants
THE SCOTTS MIRACLE-GRO COMPANY
AND THE SCOTTS COMPANY LLC

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re MORNING SONG BIRD FOOD LITIGATION

This Document Relates To:

ALL ACTIONS.

Lead Case No. 3:12-cv-01592-JAH-AGS

CLASS ACTION

**JOINT NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiffs Laura Cyphert, Milt Cyphert, Ellen Larson and David Kirby, and Defendants The Scotts Miracle-Gro Company, The Scotts Company LLC, and James Hagedorn have reached an agreement in principle on all material terms required to settle all claims in the above captioned matter, and are in the process of finalizing and executing the agreed-upon written settlement agreement. Pursuant to the Court's Order dated August 16, 2018 (Dkt. 503), the Parties shall file a motion for preliminary approval of the class settlement by November 16, 2018.

Dated: August 20, 2018

Respectfully submitted,

JONES DAY

*/s/ Edward Patrick Swan, Jr.*

Edward Patrick Swan, Jr.
Jeffrey J. Jones
Marjorie P. Duffy
Casteel Borsay
Ashley E. Goff

Counsel for Defendants THE SCOTTS MIRACLE-GRO COMPANY AND THE SCOTTS COMPANY LLC

Dated: August 20, 2018

KIRKLAND & ELLIS LLP

*/s/ Mark R. Filip*

Mark Holscher
Sierra Elizabeth
Yosef Mahmood
Allie Ozurovich
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213/680-8400
213/680-8500 (fax)

KIRKLAND & ELLIS LLP
Mark R. Filip (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: 312/861-2000
312/862-2200 (fax)

Attorneys for Defendant JAMES HAGEDORN

Dated: August 20, 2018

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Jason A. Forge*

Jason A. Forge
Rachel L. Jensen
Michael Albert
Rachel A. Cocalis
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
Paul J. Geller
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

DOWD & DOWD P.C.
Douglas P. Dowd
Alex R. Lumaghi
211 North Broadway, Suite 4050
St. Louis, MO 63102
Telephone: 314/621-2500
314/621-2503 (fax)

THE DRISCOLL FIRM, P.C.
John J. Driscoll
Christopher Quinn
Gregory Pals
Paul W. Johnson
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone: 314/932-3232
314/932-3233 (fax)

CLASS COUNSEL

**SIGNATURE ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 20, 2018

Jones Day

By: */s/ Edward Patrick Swan, Jr.*
Edward Patrick Swan, Jr.

Attorneys for Defendants THE SCOTTS MIRACLE-GRO COMPANY AND THE SCOTTS COMPANY LLC