ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
RACHEL L. JENSEN (211456)
MICHAEL ALBERT (301120)
RACHEL A. COCALIS (312376)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
rjensen@rgrdlaw.com
malbert@rgrdlaw.com
rcocalis@rgrdlaw.com

DOWD & DOWD P.C.
DOUGLAS P. DOWD
ALEX R. LUMAGHI
211 North Broadway, Suite 4050
St. Louis, MO  63102
Telephone:  314/621-2500
314/621-2503 (fax)
doug@dowdlaw.net
alex@dowdlaw.net

THE DRISCOLL FIRM, P.C.
JOHN J. DRISCOLL
CHRISTOPHER QUINN
GREGORY PALS
211 N. Broadway, Suite 4050
St. Louis, MO  63102
Telephone:  314/932-3232
314/932-3233 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MORNING SONG BIRD FOOD LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:12-cv-01592-JAH-AGS<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE: February 4, 2019<br>TIME: 2:30 p.m.<br>CTRM: 13B<br>JUDGE: Hon. John A. Houston |

1511055_1

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that, on February 4, 2019, at 2:30 p.m., or as soon
3 thereafter as the matter may be heard in Courtroom 13B, 13th Floor of the above-
4 entitled Court, located at 333 West Broadway, San Diego, California 92101, Plaintiffs,
5 by and through their undersigned attorneys, will and hereby do, move this Court for an
6 order granting their Unopposed Motion for Preliminary Approval of Class Action
7 Settlement.

8 This motion is based on this notice and the accompanying memorandum of
9 points and authorities in support thereof and Exhibit 1 (Stipulation of Class Action
10 Settlement with Exhibits A-H thereto) thereto, the Declaration of Rachel L. Jensen in
11 support thereof, the Declaration of Carla A. Peak in Support of Notice Plan and
12 Exhibit 1 thereto, the pleadings and other files herein, and such other written and oral
13 argument as may be presented to the Court.

14 DATED: December 7, 2018           Respectfully submitted,

15                                   ROBBINS GELLER RUDMAN
                                        & DOWD LLP
16                                   JASON A. FORGE
                                     RACHEL L. JENSEN
17                                   MICHAEL ALBERT
                                     RACHEL A. COCALIS

                                            s/ Rachel L. Jensen
20                                         RACHEL L. JENSEN

21                                   655 West Broadway, Suite 1900
                                     San Diego, CA  92101
22                                   Telephone:  619/231-1058
                                     619/231-7423 (fax)

                                     ROBBINS GELLER RUDMAN
24                                      & DOWD LLP
                                     PAUL J. GELLER
25                                   120 East Palmetto Park Road, Suite 500
                                     Boca Raton, FL  33432
26                                   Telephone:  561/750-3000
                                     561/750-3364 (fax)

DOWD & DOWD P.C.
DOUGLAS P. DOWD
ALEX R. LUMAGHI
211 North Broadway, Suite 4050
St. Louis, MO 63102
Telephone: 314/621-2500
314/621-2503 (fax)

THE DRISCOLL FIRM, P.C.
JOHN J. DRISCOLL
CHRISTOPHER QUINN
GREGORY PALS
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone: 314/932-3232
314/932-3233 (fax)

Class Counsel

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify under penalty of perjury that on December 7, 2018, I authorized
3 the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF
4 system which will send notification of such filing to the e-mail addresses on the
5 attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of
6 the foregoing via the United States Postal Service to the non-CM/ECF participants
7 indicated on the attached Manual Notice List.

          s/ Rachel L. Jensen
          RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rachelj@rgrdlaw.com

# Mailing Information for a Case 3:12-cv-01592-JAH-AGS In Re: Morning Song Bird Food Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  MAlbert@rgrdlaw.com,7223240420@filings.docketbird.com

- **Casteel Elizabeth Borsay**
  cborsay@jonesday.com,cathomas@jonesday.com

- **Jennifer N. Caringal**
  jcaringal@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Rachel A. Cocalis**
  rcocalis@rgrdlaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Douglas P. Dowd**
  doug@dowdlaw.net,laura@dowdlaw.net,camron@dowdlaw.net

- **John J. Driscoll , IV**
  john@thedriscollfirm.com,chris@thedriscollfirm.com,dawn@thedriscollfirm.com,tiffany@thedriscollfirm.com

- **Marjorie P. Duffy**
  mpduffy@jonesday.com,rfargabrite@jonesday.com

- **Sierra Elizabeth**
  sierra.elizabeth@kirkland.com,dsmith@kirkland.com,ivon.granados@kirkland.com,laura.bay@kirkland.com,ashley.neglia@kirkland.com

- **Mark Filip Filip**
  mark.filip@kirkland.com

- **Irene Fiorentinos**
  ifiorentinos@jonesday.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Allison E. Haedt**
  aehaedt@jonesday.com

- **James Hagedorn**
  mattanasio@cooley.com

- **Mark C. Holscher**
  mark.holscher@kirkland.com,laura.bay@kirkland.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,michelew@rgrdlaw.com,mbacci@rgrdlaw.com,hbrown@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Paul William Johnson**
  paul@thedriscollfirm.com

- **Jeffrey J. Jones**
  jjjones@jonesday.com

- **James Todd Kennard**
  jtkennard@jonesday.com

- **Kevin Lane**
  kevin@dowdlaw.net

- **Alex R. Lumaghi**
  alex@dowdlaw.net,laura@dowdlaw.net

- **Yosef Adam Mahmood**
  yosef.mahmood@kirkland.com

- **Allison K. Ozurovich**
  allie.ozurovich@kirkland.com

- **Gregory J. Pals**
  greg@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Christopher J. Quinn**
  chris@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Jeffrey H. Schultz**
  jeff@thedriscollfirm.com,nikki@thedriscollfirm.com

- **Edward P Swan , Jr**
  pswan@jonesday.com,kphewitt@jonesday.com,kcarcella@jonesday.com

- **Regis C Worley , Jr**
  rworley@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`