UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MORNING SONG BIRD FOOD LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.<br>3:12-cv-01592-JAH-AGS<br><br><u>CLASS ACTION</u><br><br>ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE AWARDS<br><br>DATE:   June 3, 2019<br>TIME:   2:30 p.m.<br>DEPT:   13B<br>JUDGE:  Honorable John A. Houston |

4848-3401-9736.v1

1      THIS MATTER having come before the Court on June 3, 2019, on the motion of Class Counsel for an award of attorneys' fees and expenses incurred in the Action ("Fee Motion"); the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

     1.   All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Class Action Settlement dated December 7, 2018 (the "Stipulation").

     2.   This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class who have not timely and validly requested exclusion.

     3.   Notice of Class Counsel's Fee Motion was given to all Settlement Class Members who could be located with reasonable effort.  The form and method of notifying the Settlement Class of the Fee Motion met the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and any other applicable law, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

     4.   The Court hereby awards Class Counsel attorneys' fees of 25% of the Settlement Amount and expenses in the amount of $449,156.17 together with the interest earned on such amounts for the same time period and at the same rate as that earned on that portion of the Settlement Fund until paid.

     5.   In making this award of fees and expenses to Class Counsel, the Court has considered and found that:

          (a)   the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method and it is consistent with the benchmark for

attorneys' fees awarded in the Ninth Circuit. *E.g., In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 940 (9th Cir. 2011);

    (b) Class Counsel has pursued the Action and achieved the Settlement with skill, perseverance, and diligent advocacy;

    (c) Class Counsel has expended substantial time and effort pursuing the Action on behalf of the Settlement Class;

    (d) Class Counsel pursued the Action on a contingent basis, having received no compensation during the Action, and any fee amount has been contingent on the result achieved;

    (e) the Action involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

    (f) had Class Counsel not achieved the Settlement, there would remain a significant risk that the Settlement Class may have recovered less or nothing from Defendants; and

    (g) Class Counsel has devoted over 16,500 hours, with a lodestar value of over $9.6 million to achieve the Settlement.

6. The awarded attorneys' fees and expenses shall be paid to Class Counsel from the Settlement Fund within ten (10) business days of entry by the Court of this Order subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

7. Plaintiffs Laura Cyphert, Milt Cyphert, Ellen Larson and David Kirby are each awarded $10,000 as service awards for their time representing the Settlement Class.

IT IS SO ORDERED.

DATED: June 3, 2019

_____
THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE